UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Sean Dave Harris</u>

           v.                             Civil No. 09-cv-20-JL

<u>Janet Napolitano</u>
<u>US Department of Homeland Security, Secretary, et al.</u>


O R D E R


In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead, is designated to review the request for injunctive relief submitted by Petitioner and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

      SO ORDERED.


January 30, 2009                             <u>/s/ Joseph N. Laplante</u>
                                                  Joseph N. Laplante
                                                  United States District Judge


cc:    Seth Aframe, Esq.
        Soraya Sadeghi, Esq.